MUNSON vs. CAGE.

West'n District
Sept. 1823

MUNSON
vs.
CAGE.

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the court  The appeal in this case was made returnable to the term of 1821, and was filed in this court, on the 8th of September, of the present year.  The statute has positively directed that the record shall be returned on the day fixed by the judge, granting the appeal; and that direction not having been pursued, we must dismiss it—See the cases of *Carpentier* vs. *Harrod*, 11 *Martin*, 434; *Howe* vs. *Montgomery*, 12 *ibid*, 505; and *Lufon's ex'r.* vs. *Rivierecs*, *ibid*, 506.

The appeal is to be dismissed, if the record be not filed on the return day.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed with costs.

*Baldwin* for the plaintiff, *Thomas* for the defendant.